## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MALIBU MEDIA, LLC., | ) |
| | ) |
| Plaintiff, | ) Civil Action Case No. 1:13-cv-21578-JAL |
| | ) |
| v. | ) |
| | ) |
| JORGE HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, Jorge Hernandez ("Defendant"), by and through undersigned counsel,

hereby answers Plaintiff's Amended Complaint as follows:

### **Introduction**

1.      Defendant admits that Plaintiff is seeking relief under the United States

Copyright Act, but denies all other allegations contained in paragraph 1 of Plaintiff's

Amended Complaint.

2.      Defendant denies that he is a persistent online infringer of Plaintiff's works

or that he has infringed or illegally distributed any of Plaintiff's works.  Defendant is

without knowledge or information sufficient to form a belief as to the remaining

allegations contained in paragraph 2 of Plaintiff's Amended Complaint and, therefore,

denies same.

3.      Defendant admits that Plaintiff appears as the owner of record in the registrations set forth in Exhibit B to Plaintiff's Amended Complaint.

## Jurisdiction and Venue

4.      Defendant does not contest this Court's subject matter jurisdiction.

5.      Defendant denies that he committed the tortious conduct alleged in this Amended Complaint and admits he resides in this state, and/or has engaged in substantial and not isolated business activity in this state.  Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 5 of Plaintiff's Amended Complaint and, therefore, denies same.

6.      Defendant admits that he resides in this District.  Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 6 of Plaintiff's Amended Complaint and, therefore, denies same.

## Parties

7.      Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 7 of Plaintiff's Amended Complaint and, therefore, denies same.

8.      Defendant admits the allegations in paragraph 8.

9.      Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 9 of Plaintiff's Amended Complaint and, therefore, denies same.

## Factual Background

10.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 10 of Plaintiff's Amended Complaint and, therefore, denies same.

11.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 11 of Plaintiff's Amended Complaint and, therefore, denies same.

12.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 12 of Plaintiff's Amended Complaint and, therefore, denies same.

13.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 13 of Plaintiff's Amended Complaint and, therefore, denies same.

14.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 14 of Plaintiff's Amended Complaint and, therefore, denies same.

15.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 15 of Plaintiff's Amended Complaint and, therefore, denies same.

16.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 16 of Plaintiff's Amended Complaint and, therefore, denies same.

17.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 17 of Plaintiff's Amended Complaint and, therefore, denies same.

18.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 18 of Plaintiff's Amended Complaint and, therefore, denies same.

19.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 19 of Plaintiff's Amended Complaint and, therefore, denies same.

20.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 20 of Plaintiff's Amended Complaint and, therefore, denies same.

21.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 21 of Plaintiff's Amended Complaint and, therefore, denies same.

22.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 22 of Plaintiff's Amended Complaint and, therefore, denies same.

23.     Defendant denies that he is the subscriber of the Internet Service being used to distribute Plaintiff's copyrighted movies.  Defendant admits that Plaintiff has alleged that Defendant is the infringer.  Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 23 of Plaintiff's Amended Complaint and, therefore, denies same.

24.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 24 of Plaintiff's Amended Complaint and, therefore, denies same.

**Miscellaneous**

25.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 25 of Plaintiff's Amended Complaint and, therefore, denies same.

26.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 26 of Plaintiff's Amended Complaint and, therefore, denies same.

## COUNT I
### Direct Infringement Against Defendant

27.     Paragraph 27 of the Plaintiff's Amended Complaint repeats and re-alleges the allegations of paragraphs 1 through 26 of the Amended Complaint, and therefore no response is required.  To the extent a response is required, Defendant repeats, re-alleges, and incorporates by reference its responses to paragraphs 1 through 26 as if fully set forth herein.

28.     Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 28 of Plaintiff's Amended Complaint and, therefore, denies same.

29.     Defendant denies the allegations contained in paragraph 29 of Plaintiff's Amended Complaint.

30.     Defendant denies that he distributed copies of Plaintiff's Work.  Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 30 of Plaintiff's Amended Complaint and, therefore, denies same.

31.     Defendant denies the allegations contained in paragraph 31 of Plaintiff's Amended Complaint.

32.     Defendant denies the allegations contained in paragraph 32 of Plaintiff's Amended Complaint.

## PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to the relief requested.

## GENERAL DENIAL

Defendant denies all allegations and/or legal conclusions set forth in Plaintiff's

Amended Complaint that have not been previously admitted, denied, or explained.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Amended Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

Plaintiff has failed to join an indispensible party.

### Third Affirmative Defense

Plaintiff's U.S. Copyright Registrations are invalid and/or unenforceable.

### Fourth Affirmative Defense

Plaintiff's claims are barred by the doctrine of unclean hands.

### Fifth Affirmative Defense

Plaintiff's alleged Works are not entitled to copyright protection.

### Sixth Affirmative Defense

Plaintiff's claims are barred by the doctrine of misuse of copyright.

### Seventh Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by the doctrines of laches, waiver,

ratification and/or estoppels.

## Eighth Affirmative Defense

Plaintiff's claims for statutory damages and attorney's fees are barred pursuant to

17 U.S.C. § 412 for Plaintiff's failure to register the alleged Works within three months of

publication or prior to the alleged infringement.

## Ninth Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate

damages.

## Tenth Affirmative Defense

Defendant has alibis to the dates and times Plaintiff alleges that violations

occurred.

Respectfully submitted,

**ERNESTO S. MEDINA, ESQUIRE**
782 NW 42nd Avenue, Suite 641
Miami, Florida 33126
Email: emedina0653@yahoo.com
305-260-0541
305-260-0542 fax

/s/ Ernesto S. Medina, Esquire
Ernesto S. Medina, Esquire
Fla. Bar No. 299855

**Certificate of Service**

I hereby certify that on August 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record indentified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/Ernesto S. Medina, Esquire
Ernesto S. Medina, Esquire
Florida Bar No. 299855

## Service List

### Case No. 1:13-cv-21578-JAL

M. Keith Lipscomb (429554)
Klopscomb@lebfirm.com
Lipscomb Eisenberg & Baker, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, Florida 33131